**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**RANDY PERRY** **PETITIONER**

**V.** **No. 2:26-cv-00142 KGB/PSH**

**KATINA HECKARD,[1] Warden, FCI Forrest City Low** **RESPONDENT**

# ORDER

Respondent Katina Heckard ("Heckard") has filed a motion to dismiss this petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. Heckard contends that the Court lacks jurisdiction to consider the claims raised by petitioner Randy Perry ("Perry"). Specifically, Heckard alleges that Perry challenges neither the fact of nor the duration of his confinement. Perry is notified of his opportunity to oppose this motion to dismiss by filing a responsive pleading on or before December 4, 2026. Failure to respond may result in the recommended dismissal of the case. See Local Rule 5.5.

DATED this 4th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to change the name of the respondent to Katina Heckard, the current warden at FCI Forrest City. See Fed. R. Civ. P. 25.